BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:13-MC-00130-GEB-EFB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $34,694.03 IN U.S. CURRENCY SEIZED FROM PATELCO CREDIT UNION SAVINGS ACCOUNT NUMBER 522851-SO0, HELD IN THE NAME OF GREG GARMA, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimants Greg Garma and Brenda Garma ("claimants"), by and through their respective counsel, as follows:

1. On or about September 26, 2013, claimants Greg Garma and Brenda Garma filed a claim, in the administrative forfeiture proceedings, with the Internal Revenue Service with respect to the Approximately $34,694.03 in U.S. Currency seized from Patelco Credit Union Saving Account Number 522851-SO0 (hereafter "defendant funds"), which were seized on August 21, 2013.

2. The Internal Revenue Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has

expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is December 24, 2013.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an extension to February 24, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to February 24, 2014.

Dated:   12/18/13         BENJAMIN B. WAGNER
                          United States Attorney

                           /s/ Kevin C. Khasigian
                          KEVIN C. KHASIGIAN
                          Assistant U.S. Attorney

Dated:   12/18/13          /s/ Jason L. Perisho
                          JASON L. PERISHO
                          Attorney for Claimants
                          Greg Garma and Brenda Garma

                          (As authorized via email 12/18/13)

IT IS SO ORDERED.

Dated: January 8, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

Stipulation to Extend Time to File Complaint