BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-MC-00130-GEB-EFB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $34,694.03 IN U.S. CURRENCY SEIZED FROM PATELCO CREDIT UNION SAVINGS ACCOUNT NUMBER 522851-SO0,  HELD IN THE NAME OF GREG GARMA, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimants Greg Garma and Brenda Garma ("claimants"), by and through their respective counsel, as follows:

1.    On or about September 26, 2013, claimants Greg Garma and Brenda Garma filed a claim, in the administrative forfeiture proceedings, with the Internal Revenue Service with respect to the Approximately $34,694.03 in U.S. Currency seized from Patelco Credit Union Saving Account Number 522851-SO0 (hereafter "defendant funds"), which were seized on August 21, 2013.

2.    The Internal Revenue Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has

1

expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3.　　Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was December 24, 2013.

4.　　By Stipulation and Order filed January 8, 2014, the parties stipulated to extend to February 24, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5.　　As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an extension to April 25, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///

2

1    6.    Accordingly, the parties agree that the deadline by which the United States

2  shall be required to file a complaint for forfeiture against the defendant funds and/or to

3  obtain an indictment alleging that the defendant funds are subject to forfeiture shall be

4  extended to April 25, 2014.

5  Dated:      2/21/14                          BENJAMIN B. WAGNER
                                                United States Attorney
6
7                                               /s/ Kevin C. Khasigian
                                                KEVIN C. KHASIGIAN
8                                               Assistant U.S. Attorney

9  Dated:      2/21/14                           /s/ Jason L. Perisho
10                                              JASON L. PERISHO
                                                Attorney for Claimants
11                                              Greg Garma and Brenda Garma

12                                               (Authorized by phone)

13    IT IS SO ORDERED.

14  Dated:  February 25, 2014

15
16
17  _____
    GARLAND E. BURRELL, JR.
18  Senior United States District Judge

3

Stipulation to Extend Time to File Complaint